# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03-27-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| THERESA ANN WALKER | |
| Defendant. | |

Defendant Theresa Ann Walker has moved under 18 U.S.C. § 3583(e) for an early discharge from supervised release. The Government does not oppose the motion. (Doc. 590 at 1.) The Court conducted a hearing on the motion on April 6, 2017.

The Court sentenced the Defendant on December 11, 2003, to 130 months of custody, followed by 5 years of supervised release. (Doc. 318.) Defendant began supervised release on August 6, 2012. (Doc. 591 at 2.) The record reflects that the Defendant has complied with the conditions of her supervised release. *Id.* The factors in 18 U.S.C. § 3553 support an early discharge of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Discharge from Supervised Release (Doc. 590) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 6th day of April, 2017.

*(signature)*

Brian Morris
United States District Court Judge